FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MOYA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>W.J. SULLIVAN, warden,<br><br>　　　　Respondent. | Case No. CV 07-01598 VAP (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner did not file any objections to the R&R in the required time and manner. IT IS ORDERED that:

1. The R&R is approved and adopted;
2. The Clerk is directed to enter a Judgment dismissing the Petition with prejudice.
3. Any and all outstanding motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 16, 2010

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE