ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MOYA,<br><br>    Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN, warden,<br><br>    Respondent. | Case No.  CV 07-01598 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: March 16, 2010

                                              */s/ Virginia A. Phillips*
                                      VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY